FILED _____ ENTERED
_____ LO??ED _____ RECEIVED

JAN 2 6 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## UNITED STATES DISTRICT JUDGE
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

BERNEARD ELMAN II,      \*

    Plaintiff      \*

     \*

v.      \*      Civil No. **PJM 10-0031**

     \*

JP MORGAN CHASE BANK, N.A.      \*

    Defendant      \*

     \*

## MEMORANDUM OPINION

JP Morgan Chase Bank, N.A. ("Chase") filed a Motion to Dismiss Mr. Elman's complaint on January 26, 2010 [Document No. 4]. On July 13, 2010, the Court dismissed with prejudice Count I (violations of the Truth in Lending Act ("TILA")) and Count II (document fraud). The Court also dismissed with leave to amend Count III (breach of contract) and Count IV (deceptive trade practices). In orders issued contemporaneously with the present Memorandum, the Court has denied Elman's request to reconsider its dismissal of Count I [Documents No. 15 and 19].

As to the dismissal of Counts III and IV with leave to amend, the Court granted Elman twenty (20) days to allege whatever breaches of contract he maintains occurred after September 25, 2008 (when Chase acquired an interest in Elman's loan) under Count III and to include specific allegations of fraud and mistake under Count IV.

Elman has failed to amend his complaint as directed. On September 2, 2010 Chase filed a Motion to Dismiss the remaining claims under F.R.C.P. 41(b) based on Elman's failure to comply with the Court's July 13, 2010 Order [Document No. 20].

1

Accordingly, the Court finds that the claims for which Elman seeks redress under count III occurred before September 25, 2008 and that as to Count IV, he has failed to provide specific allegations as to his claims of fraud and mistake. The Court further finds that allowing Elman additional time to amend his complaint would be futile.[1]

Accordingly, the Court **GRANTS** Chase's Motion to Dismiss [Document No. 20] and **DISMISSES** Count III and Count IV **WITH PREJUDICE**. Final judgment will be entered in favor of the Defendant and the case will be **CLOSED**.

A separate Order will **ISSUE**.

**January 24, 2011**

/s/
_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

---

[1] In an order issued contemporaneously with the present Memorandum, the Court has also denied Elman's request for an extension of time to amend his complaint. [Documents No. 15]